**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| NANCY ISLAS, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. a/k/a NEW )<br>ENGLAND COMPOUNDING CENTER; )<br>AMERIDOSE, LLC; ALAUNUS )<br>PHARMACEUTICAL, LLC; BARRY )<br>CADDEN; LISA CADDEN; )<br>and GREGORY CONIGLIARO, )<br>)<br>  Defendants. ) | Cause No. 3:12-CV-845-WCL-CAN |

**DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S**
**CORPORATE DISCLOSURE**

Defendant Alaunus Pharmaceutical, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure: Alaunus Pharmaceutical, LLC does not have any parent corporations and no publicly-held corporation owns 10% or more of Alaunus's stock.

LEWIS WAGNER LLP

By: */s/ Kameelah Shaheed-Diallo*
DINA M. COX, #18590-49
KAMEELAH SHAHEED-DIALLO, #28058-49
ROBERT M. BAKER IV, #25471-49
*Attorneys for Defendants New England*
*Compounding Pharmacy Inc.; Alaunus*
*Pharmaceutical, LLC; Barry Cadden; Lisa Cadden;*
*and Gregory Conigliaro*

## **CERTIFICATE OF SERVICE**

       This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on January 4, 2013 using the CM/ECF system which sent notification of this filing to the following:

Douglas A. Mulvaney  
STUTSMAN & MULVANEY  
1300 Cassopolis Street  
P.O. Box 1337  
Elkhart, Indiana 46515

                            */s/ Kameelah Shaheed-Diallo*  
                            KAMEELAH SHAHEED-DIALLO

LEWIS WAGNER, LLP  
501 Indiana Avenue, Suite 200  
Indianapolis, IN  46202  
Phone: (317) 237-0500  
FAX:   (317) 630-2790  
kshaheed-diallo@lewiswagner.com  
Q:\NECC\13 - Islas\caption.docx