IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NANCY ISLAS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. a/k/a NEW )<br>ENGLAND COMPOUNDING CENTER; )<br>AMERIDOSE, LLC; ALAUNUS )<br>PHARMACEUTICAL, LLC; BARRY )<br>CADDEN; LISA CADDEN; )<br>and GREGORY CONIGLIARO, )<br>)<br>    Defendants. ) | Cause No. 3:12-cv-00845-WCL-CAN |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT ALAUNUS PHARMACEUTICAL, LLC'S
MOTION TO DISMISS**

Pursuant to L.R. 6.1, Plaintiff Nancy Islas by counsel, hereby moves this Court for an extension of time to respond to Defendant Alaunus Pharmaceutical, LLC's Motion to Dismiss through and including April 5, 2013. Plaintiff's response is currently due March 6, 23013. Defendant's counsel has been consulted and has no objection to the requested extension.

WHEREFORE, Plaintiff, by counsel prays for an Order allowing Plaintiff up to and including April 5, 2013 to respond to Defendant's Motion to Dismiss and for all relief just and proper in the premises.

Respectfully submitted,

*/s/ Douglas A. Mulvaney* _____
Douglas A. Mulvaney, # 10263-20
STUTSMAN & MULVANEY
1300 Cassopolis Street
P.O. Box 1337
Elkhart, IN 46515-1337
(574) 266-8500

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of the Court on February 18, 2013 using the CM/ECF system which sent notification of this filing to all counsel of record.

/s/ *Douglas A. Mulvaney*_____
Douglas A. Mulvaney